**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT TACOMA**


JOSHUA C. LEWIS
CLERK OF COURT
1717 PACIFIC AVE.
ROOM 3100
TACOMA, WA 98402

April 6, 2026

**ROBINHOOD DERIVATIVES LLC V. GRIFFIN ET AL**
Case # 3:26−cv−05311−TMC

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

> **Notice of Related Cases Omitted**
> Per Local Civil Rule 3(g), the plaintiff and/or removing defendant must list all related cases
> that are or were pending in this district on the Civil Cover Sheet and, if any, **must
> electronically file a Notice of Related Case by 4/13/2026**. Notice should be filed by going to
> **Notices** and selecting **Notice of Related Case**.


*Please call the Attorney Case Opening Helpdesk at 206−370−8787 if you have any additional questions.*

Thank you.

cc: file