The Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBINHOOD DERIVATIVES, LLC,

                Plaintiff,

      v.

TINA GRIFFIN, in her official capacity as
Executive Director of the Washington State
Gambling Commission; ALICIA LEVY, in her
official capacity as Chair of the Washington
State Gambling Commission; SARAH
LAWSON, in her official capacity as Vice Chair
of the Washington State Gambling Commission;
NOAH SKARTVEDT, in his official capacity as
Commissioner of the Washington State
Gambling Commission; MICHAEL CHARLES,
in his official capacity as Commissioner of the
Washington State Gambling Commission; and
NICHOLAS W. BROWN, in his official
capacity as Attorney General for the State of
Washington,

                Defendants.

No. 3:26-cv-05311-TMC

NOTICE OF RELATED CASE

Pursuant to Local Civil Rule 3(g), Plaintiff Robinhood Derivatives, LLC ("Robinhood")

provides this notice to the Court that the present action may be related to another action currently

proceeding before Judge Coughenour in the Western District of Washington, *State of Washington*

*v. KalshiEx, LLC*, No. 2:26-cv-1062 (W.D. Wash.) (removed from King Cnty. Super. Ct. No. 26-

2-10264-3) ("Kalshi Action").

NOTICE OF RELATED CASE
(3:26-cv-05311-TMC) - 1

The parties to the two actions are not identical. The two actions do concern substantially similar events, namely the State of Washington's attempts to apply its gambling-related statutes to federally regulated event contracts traded on Commodity Futures Trading Commission-designated contract markets. The two actions arise in a different procedural posture: the Kalshi Action involves Kalshi's removal of a state court enforcement action to federal court, and the present action involves Robinhood's request for declaratory and injunctive relief against Washington officials based on the real and imminent threat that Washington will initiate an enforcement action regarding those same Washington laws against Robinhood.

DATED this 13th day of April, 2026.

DAVIS WRIGHT TREMAINE LLP

By *s/ Kenneth E. Payson*
    Kenneth E. Payson, WSBA #26369
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104
    Telephone: (206) 622-1610
    Fax: (206) 757-7700
    Email: kenpayson@dwt.com

CRAVATH, SWAINE & MOORE LLP

    Kevin J. Orsini*
    Antony L. Ryan*
    Brittany L. Sukiennik*
    375 Ninth Avenue
    New York, New York 10001
    Telephone: (212) 474-1000
    Fax: (212) 474-3700
    Email: korsini@cravath.com
           aryan@cravath.com
           bsukiennik@cravath.com

    *admitted pro hac vice*

    *Attorneys for Plaintiff Robinhood Derivatives, LLC*

NOTICE OF RELATED CASE
(3:26-cv-05311-TMC) - 2