UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBINHOOD DERIVATIVES
LLC,

                    Plaintiff(s),

          v.

TINA GRIFFIN et al.,

                    Defendant(s).

CASE NO.
3:26–cv–05311–JCC

MINUTE ORDER REASSIGNING CASE

This action has been assigned to the Honorable John C. Coughenour, United States District Judge. All future documents filed in this case must bear the cause number 3:26–cv–05311–JCC and bear the Judge's name in the upper right hand corner of the document.

DATED April 14, 2026

                              Joshua C. Lewis
                              Clerk of Court

                              By:  /s/ Jo–EL D Modeste
                                   Deputy Clerk