The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBINHOOD DERIVATIVES, LLC,

Plaintiff,

v.

TINA GRIFFIN, in her official capacity as Executive Director of the Washington State Gambling Commission; ALICIA LEVY, in her official capacity as Chair of the Washington State Gambling Commission; SARAH LAWSON, in her official capacity as Vice Chair of the Washington State Gambling Commission; NOAH SKARTVEDT, in his official capacity as Commissioner of the Washington State Gambling Commission; MICHAEL CHARLES, in his official capacity as Commissioner of the Washington State Gambling Commission; and NICHOLAS W. BROWN, in his official capacity as Attorney General for the State of Washington,

Defendants.

No. 3:26-cv-05311-JCC

JOINT STATUS REPORT AND STIPULATED MOTION WITH [~~PROPOSED~~] ORDER

NOTE ON MOTION CALENDAR: November 24, 2026

**STIPULATED MOTION**

Plaintiff Robinhood Derivatives, LLC ("Robinhood") and Defendants Tina Griffin, Alicia Levy, Sarah Lawson, Noah Skartvedt, Michael Charles, and Nicholas W. Brown (collectively, "Defendants," and together with Robinhood, the "Parties"), through their undersigned counsel, respectfully submit this Joint Status Report and Stipulated Motion, pursuant to the Court's Order (the "Order") (Dkt. 17) granting the Parties' May 20, 2026 Stipulated Motion (the "May



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Stipulation") (Dkt. 16). The Parties have conferred and respectfully request the Court extend the terms of the May Stipulation for two additional weeks (*i.e.*, until December 8, 2026) and issue the proposed order attached hereto to allow the Parties an opportunity to confer further concerning to the impact of the Ninth Circuit Decision[1] and whether agreement may be reached about the status of this action. In support of their request, the Parties represent as follows:

**WHEREAS**, on March 30, 2026, Robinhood filed this action against Defendants concerning Defendants' potential enforcement of Washington state law concerning Robinhood's role in the trading of event contracts on Federally regulated Designated Contract Markets ("DCMs") (Dkt. 1);

**WHEREAS**, Robinhood has alleged that all state laws are preempted as they relate to trading of event contracts on DCMs as a result of the Commodity Exchange Act ("CEA");

**WHEREAS**, on May 20, 2026, the Parties entered into the May Stipulation, wherein Defendants agreed not to "pursue civil or criminal enforcement actions against Robinhood for alleged violations of RCW §§ 4.24.070, 9.46.0241(3)–(4), 9.46.0253, 9.46.0269(d), 9.46.0368, 9.46.180, 9.46.215, 9.46.217, 9.46.220–.222, 9.46.228, 9.46.240, 19.86.010, 19.86.020, 19.86.080, 19.86.140, or any other Washington state law with respect to Robinhood's role in transactions involving event contracts traded on a DCM until further Order of this Court is issued following a decision by the Ninth Circuit resolving one or more of the Ninth Circuit Appeals . . . and the occurrence of the first of the following events . . . (i) The deadline to seek en banc review of the Ninth Circuit's decision expires without such further review being sought; or (ii) The request for such further review is denied." (Dkt. 16);

**WHEREAS**, the Parties also requested in the May Stipulation that the Court issue an order administratively staying this action pending the disposition of the appeals then pending before the Ninth Circuit Court of Appeals, and the subsequent denial of any request for *en banc* review

---

[1] As used in the May Stipulation, the "Ninth Circuit Decision" refers to a decision in the "Ninth Circuit Appeals," which term is now defined as *Robinhood Derivatives, LLC v. Dreitzer*, No. 25-7831, 2026 WL 2546925 (9th Cir. Aug. 28, 2026); *KalshiEX, LLC v. Assad*, 190 F.4th 1098 (9th Cir. 2026); and *N. Am. Derivatives Exch., Inc. v. Nevada ex rel. Nevada Gaming Control Bd.*, No. 25-7187, 2026 WL 2546926 (9th Cir. Aug. 28, 2026).



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

thereof (or the deadline to seek such review expires without such further review being sought) (Dkt. 16);

**WHEREAS**, on May 21, 2026, the Court issued an Order granting the May Stipulation (Dkt. 17);

**WHEREAS**, on August 8, 2026, the Ninth Circuit affirmed the order of the United States District Court for the District of Nevada denying Robinhood's motion for preliminary injunctive relief, *Robinhood Derivatives, LLC v. Dreitzer*, No. 25-7831, 2026 WL 2546925, at *1 (9th Cir. Aug. 28, 2026), and affirmed the order of the United States District Court for the District of Nevada dissolving the preliminary injunction previously granted in favor of KalshiEX LLC as to sports-related event contracts, *KalshiEX, LLC v. Assad*, 190 F.4th 1098, 1123 (9th Cir. 2026).

**WHEREAS**, on September 9, 2026, KalshiEX LLC filed a petition for rehearing and rehearing *en banc*, *see* Pet. for Reh'g & Reh'g *En Banc*, *KalshiEX, LLC v. Assad*, No. 25-7516 (9th Cir. Sept. 9, 2026);

**WHEREAS**, on November 4, 2026, the Ninth Circuit denied KalshiEX LLC's petition for rehearing and rehearing *en banc*, *see* Order Denying Pet. for Reh'g & Reh'g *En Banc*, *KalshiEX, LLC v. Assad*, No. 25-7516 (9th Cir. Nov. 4, 2026);

**WHEREAS**, that November 4, 2026 Order met the conditions in the May Stipulation, as set forth above;

**WHEREAS**, pursuant to the terms of the May Stipulation, the Parties were required by November 14, 2026 to "meet and confer regarding whether agreement may be reached about the status of this action" (Dkt. 17);

**WHEREAS**, the Parties conferred on November 9, 2026, about the status of this action;

**WHEREAS**, pursuant to the terms of the May Stipulation, the Parties are required by November 24, 2026, to "submit a status report informing the Court of their respective opinions regarding the impact of the Ninth Circuit Decision and [the denial of the petition for rehearing] on the status of this action" "[a]bsent agreement to a different course of action following the Parties' conference" (Dkt. 17);



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**WHEREAS**, the Parties continue to confer about the status of this action; and

**WHEREAS**, the Parties agree good cause exists to grant their requested relief to prevent unnecessary expenditure of judicial resources while the Parties continue to confer about the status of this action;

The Parties therefore stipulate and agree (subject to the Court's approval) that the terms set forth in the May Stipulation are hereby extended until Tuesday, December 8, 2026, as though fully set forth therein (including but not limited to the administrative stay of this action and Defendants' agreement not to pursue civil or criminal enforcement actions against Robinhood), upon which date the Parties shall file a joint status report informing the Court of their respective opinions as to the impact of the Ninth Circuit's decision on status of this action.

DATED this 24th day of November, 2026.

DAVIS WRIGHT TREMAINE LLP

By *s/Kenneth E. Payson*
Kenneth E. Payson, WSBA #26369
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-1610
Fax: (206) 757-7700
Email: kenpayson@dwt.com

CRAVATH, SWAINE & MOORE LLP

Kevin J. Orsini*
Anthony L. Ryan*
Brittany L. Sukiennik*
375 Ninth Avenue
New York, New York 1001
Telephone: (212) 484-1000
Fax: (212) 474-3700
Email: korsini@cravath.com
aryan@cravath.com
bsukiennik@cravath.com

**pro hac vice*
*Attorneys for Plaintiff Robinhood Derivatives, LLC*

NICHOLAS W. BROWN
Attorney General

By *s/Andrea Alegrett*
ANDREA ALEGRETT, WSBA #50236
JULIA K. DOYLE, WSBA #43993
BEN BRYSACZ, WSBA #54683
MATT GEYMAN, WSBA #17544
SEANN COLGAN, WSBA #38769
TERRENCE K. MANGAN, JR, WSBA #65269
CLAIRE MCNAMARA, WSBA #50097
Assistant Attorneys General
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744
andrea.alegrett@atg.wa.gov
julie.doyle@atg.wa.gov
ben.brysacz@atg.wa.gov
matt.geyman@atg.wa.gov
seann.colgan@atg.wa.gov
tk.mangan@atg.wa.gov
claire.mcnamara@atg.wa.gov

*Attorneys for Defendant Nicholas W. Brown, in his official capacity as Attorney General for the State of Washington*

By s/Suzanne Becker
SUZANNE BECKER, WSBA #40546
MATTHEW KERNUTT, WSBA #35702
Assistant Attorneys General
PO Box 40100
Olympia, WA 98504-0100
suzanne.becker@atg.wa.gov
matthew.kernutt@atg.wa.gov

*Attorneys for Defendants Tina Griffin, Alicia Levy, Sarah Lawson, Noah Skartvedt and Michael Charles in their official capacities with the Washington State Gambling Commission*

**ORDER**

IT IS SO ORDERED.

DATED this 25th day of November 2026.

John C. Coughenour
United States District Judge



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax